1  DAVID J. MICLEAN (SB# 115098)
   Email: dmiclean@micleangleason.com
2  GARY R. GLEASON   (SB# 136167)
   Email: ggleason@micleangleason.com
3  ANNE-MARIE D. DAO (SB#282632)
   Email: adao@micleangleason.com
4
   Attorneys for Plaintiff
5  JOSHUA BANKO

6

7                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
8

9  JOSHUA BANKO,                        Case No. CV 13-02977 RS

10            Plaintiff(s),            **JOINT STIPULATION
                                       REQUESTING ORDER
11      v.                             CHANGING TIME FOR
                                       BRIEFING ON APPLE INC.'S
12  APPLE, INC., DOES 1-50             MOTION TO DISMISS**

13            Defendant(s).

14

15

16

17        Pursuant to Federal Rule 6 and Local Rule 6-2(a), Joshua Banko ("Banko")

18  and Apple Inc. ("Apple") hereby stipulate to an adjustment of the briefing schedule

19  on Apple's Motion to Dismiss (Dkt. 11) and would respectfully request an order

20  confirming such stipulation:

21  1.    On June 27, 2013, Banko filed a Complaint against Apple. (Dkt. 1).

22  2.    On July 10, 2013, the parties stipulated to an extension of time to allow Apple

23  to file a responsive pleading to Banko's Complaint.  (Dkt. 4).

24  3.    On August 5, 2013, Apple filed a Motion to Dismiss the Complaint

25  ("Motion").  (Dkt. 11).

26

27

28

**Miclean Gleason LLP**
100 Marine Parkway Suite 310
Redwood Shores, CA 94065
650-684-1181 Main   650-684-1181 Fax

1

**Miclean Gleason LLP**
100 Marine Parkway Suite 310
Redwood Shores, CA 94065
650-684-1181 Main    650-684-1181 Fax

1    4.    Banko's Opposition is presently due on August 19, 2013. Apple's Reply to

2    the Opposition is currently due on August 26, 2013. The hearing on Apple's Motion

3    is scheduled for September 26, 2013.

4    5.    The parties have agreed to a short extension of time for the filing of Banko's

5    opposition brief and Apple's reply brief on the Motion. These extensions will not

6    affect the hearing date. The reason for such request is because this is a critical

7    Motion attacking all causes of action in the complaint and plaintiff will need

8    sufficient time to review the extensive authority that has been cited by Apple and to

9    respond accordingly. Further, key counsel of record from Miclean Gleason are on

10   vacation and it would be a hardship on these individuals to have to return early to

11   respond to Apple's Motion.

12   6.    Therefore, the parties have stipulated and agreed to, and seek the Court's

13   approval of, a revised briefing schedule under which Banko's Opposition brief will

14   now be due on August 26, 2013 and Apple's Rely brief on the Motion will now be

15   due September 5, 2013.

16   7.    The parties propose no change in the currently scheduled date for the hearing

17   on Apple's Motion (September 26, 2013). A proposed order is attached.

18

19                                **STIPULATION**

20        Pursuant to Local Rule 6-2(a), the parties hereby stipulate that:  Banko's

21   Opposition to Apple's Motion to Dismiss (Dkt. 11) will now be due no later than

22   August 26, 2013, and Apple's Reply to Banko's Opposition will now be due no later

23   than September 5, 2013. The hearing on Apple's Motion to Dismiss will remain set

24   as previously scheduled by the Court on September 26, 2013, at 1:30 pm.

25

26

27

28

2

1

2    Dated: August 8, 2013                    //s// *Todd K. Boyer*
                                              TODD K. BOYER
3                                             LITTLER MENDELSON, P.C.
                                              Attorneys for Defendant
4                                             APPLE INC.

5

6    Dated: August 8, 2013                    *//s/* David J. Miclean
                                              DAVID J. MICLEAN
7                                             GARY R. GLEASON
                                              ANNE-MARIE D. DAO
8                                             MICLEAN GLEASON LLP
                                              Attorneys for Plaintiff
9                                             JOSHUA BANKO

10

11

12                              [PROPOSED] ORDER

13

14

    PURSUANT TO THE PARTIES STIPULATION, IT IS SO ORDERED.
15

16

17   Date: August 8 , 2013                    _____

18                                            The Honorable Richard G. Seeborg
                                              United States District Judge
19

20

21

22

23

24

25

26

27

28

**Miclean Gleason LLP**
100 Marine Parkway Suite 310
Redwood Shores, CA 94065
650-684-1181 Main   650-684-1181 Fax

3