1 TODD K. BOYER, Bar No. 203132
tboyer@littler.com
2 BENJAMIN A. EMMERT, Bar No. 212157
bemmert@littler.com
3 LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
4 San Jose, California  95113.2303
Telephone:   408.998.4150
5 Facsimile:    408.288.5686

6 Attorneys for Defendant
APPLE INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | JOSHUA BANKO,                    | Case No.  CV13-02977 RS
13 |                                  | ORDER
   |            Plaintiff,            | **JOINT STIPULATION REQUESTING ORDER CHANGING TIME FOR BRIEFING SCHEDULE ON APPLE INC.'S MOTION TO DISMISS**
14 |     v.                           |
15 | APPLE INC., and DOES 1-50,       | Date:       September 26, 2013
16 |            Defendants.           | Time:       1:30 p.m.
                                       | Judge:      Hon. Richard G. Seeborg
17                                     | Courtroom:  3 (17th Floor)
18                                     | Trial Date: Not Set

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIPULATION FOR CHANGING
BRIEFING SCHEDULE ON APPLE'S                                   (No. CV13-02977 RS)
MOTION TO DISMISS

## I. INTRODUCTION

Pursuant to FRCP 6 and Local Rule 6-2(a), Defendant Apple Inc. ("Apple") and Plaintiff Joshua Banko ("Banko") hereby stipulate to an adjustment of the briefing schedule on Apple's Motion to Dismiss (Docket No. 11). Apple and Banko respectfully request the Court enter the requested Order confirming the parties' stipulation.

## II. STIPULATION

Plaintiff Banko, by and through his counsel of record David J. Miclean and Defendant Apple by and through its counsel of record Todd K. Boyer, hereby stipulate and agree to the following:

1. On June 27, 2013, Banko filed a Complaint against Apple (Docket No. 1).
2. On July 10, 2013, the parties stipulated to an extension of time to allow Apple to file a responsive pleading to Banko's Complaint. (Docket No. 4.)
3. On August 5, 2013, Apple filed a Motion to Dismiss Banko's Complaint ("Motion"). (Docket No. 11).
4. Apple's Motion is currently set for hearing on September 26, 2013.
5. Banko's opposition to Apple's Motion was originally due on August 19, 2013, and Apple's reply was originally due on August 26, 2013.
6. On August 8, 2013, the parties stipulated to changing the briefing schedule on Apple's Motion to allow Banko's counsel additional time to prepare their opposition and additional time for Apple's counsel to file their reply brief ("Stipulation"). (Docket No. 16.)
7. Pursuant to the Stipulation, Banko's opposition to Apple's Motion would be due August 26, 2013, and Apple's reply would be due September 5, 2013. (*Id.*)
8. The Court granted the parties Stipulation on August 8, 2013. (*Id.*)
9. Banko filed and served his opposition on August 26, 2013. (Docket No. 18.)

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIPULATION FOR CHANGING BRIEFING SCHEDULE ON APPLE'S MOTION TO DISMISS

2.

(No. CV13-02977 RS)

10. The parties have agreed to another short extension of time for Apple to file its reply to Banko's opposition. This extension will not affect the hearing date. The reason for this request is that Apple's counsel will need sufficient time to review the extensive authority Banko cited in his opposition and respond accordingly. This extension is also requested because Apple's counsel, Todd K. Boyer, was out of the office and on active duty with the United States Air Force on August 26 and 27, 2013, and was therefore unable to begin preparing Apple's response to Banko's opposition. This extension is also requested because of the Labor Day holiday on September 2, 2013.

11. Given the foregoing, the parties have stipulated and agreed to, and seek the Court's approval of, a revised briefing schedule under which Apple's reply will be due on September 9, 2013.

12. The parties propose no change in the currently scheduled date and time for the hearing on Apple's motion (September 26, 2013). A proposed order is attached.

WHEREFORE, pursuant to Northern District of California L.R. 6-2(a), the parties hereby stipulate that Apple's reply to Banko's opposition to Apple's Motion will be due no later than September 9, 2013. The hearing on Apple's Motion will remain set as previously scheduled by the Court on September 26, 2013, at 1:30 p.m.

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIPULATION FOR CHANGING BRIEFING SCHEDULE ON APPLE'S MOTION TO DISMISS

3.

(No. CV13-02977 RS)

We hereby attest that we have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: August 30, 2013

/s/
DAVID J. MICLEAN
GARY R. GLEASON
ANNE-MARIE D. DAO
MICLEAN GLEASON LLP
Attorneys for Plaintiff
JOSHUA BANKO

Dated: August 30, 2013

/s/
TODD K. BOYER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
APPLE INC.

[~~PROPOSED~~] ORDER

PURSUANT TO THE PARTIES STIPULATION, IT IS SO ORDERED.

Dated: August 30, 2013

THE HON. RICHARD G. SEEBORG
UNITED STATES DISTRICT JUDGE

Firmwide:122808769.1 043907.1171

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIPULATION FOR CHANGING BRIEFING SCHEDULE ON APPLE'S MOTION TO DISMISS

4.

(No. CV13-02977 RS)