1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10

11   JOSHUA BANKO,                              No. C 13-2977  RS

12              Plaintiff,                      **CASE MANAGEMENT**
                                                **SCHEDULING ORDER**
13        v.

14   APPLE, INC., DOES 1-50,

15              Defendants.

16   _____/

17        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

18   Case Management Conference on December 12, 2013.  After considering the Joint Case

19   Management Statement submitted by the parties and consulting with the attorneys of record for

20   the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

21        1.     ALTERNATIVE DISPUTE RESOLUTION.  The parties agree to engage in

22   private mediation in the next 120 days.

23        2.     DISCOVERY.

24        On or before September 5, 2014, all non-expert discovery shall be completed by the

25   parties.  Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b)

26   twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable

27

28

CASE MANAGEMENT SCHEDULING ORDER

1 number of requests for production of documents or for inspection per party; and (d) a reasonable

2 number of requests for admission per party.

3        3.      DISCOVERY DISPUTES.

4        Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and

5 conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.

6 Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

7 the Civil Events category of "Motions and Related Filings >Motions--General > Discovery

8 Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of

9 how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal

10 briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned,

11 all further discovery matters shall be filed pursuant to that Judge's procedures.

12        4.      EXPERT WITNESSES.  The disclosure and discovery of expert witnesses shall

13 proceed as follows:

14        A.  On or before July 31, 2014, parties will designate experts in accordance with Federal

15 Rule of Civil Procedure 26(a)(2).

16        B.  On or before August 15, 2014, parties will designate their supplemental and rebuttal

17 experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

18        C.  On or before September 5, 2014, all discovery of expert witnesses pursuant to Federal

19 Rule of Civil Procedure 26(b)(4) shall be completed.

20        5.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case

21 Management Conference shall be held on **September 11, 2014 at 10:00 a.m.** in Courtroom 3,

22 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The

23 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

24        6.      PRETRIAL MOTIONS.  All dispositive pretrial motions must be filed and served

25 pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment

26 absent leave of Court.  All pretrial motions shall be heard no later than **October 30, 2014**.

27

28

CASE MANAGEMENT SCHEDULING ORDER

2

1      7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **April**

2  **2, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

3  Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend

4  personally.

5      8.      TRIAL DATE.   A jury trial shall commence on **April 13, 2015 at 9:00 a.m.**, in

6  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

7  California.

8      IT IS SO ORDERED.

9

10  DATED:     December 16, 2013

11  _____

12  RICHARD SEEBORG
   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE MANAGEMENT SCHEDULING ORDER

3