DAVID J. MICLEAN (SBN 115098)
Email: dmiclean@micleangleason.com
GARY R. GLEASON (SBN 136167)
Email: ggleason@micleangleason.com
CARMEN M. AVILES (SBN 251993)
Email: caviles@micleangleason.com
MICLEAN GLEASON LLP
100 Marine Parkway, Suite 310
Redwood Shores, CA 94065

Telephone: (650) 684-1181
Facsimile: (650) 684-1182

Attorneys for Plaintiff
JOSHUA BANKO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BANKO,<br><br>Plaintiff(s),<br><br>v.<br><br>APPLE INC., DOES 1-50<br><br>Defendant(s). | Case No.  CV13-02977 (VC)<br><br>**JOINT STIPULATION AND SECOND REQUEST TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** AS MODIFIED<br><br>**[L.R. CIV. 40-1]** |

**PLEASE TAKE NOTICE** that Plaintiff Joshua Banko and Defendant Apple Inc. (hereinafter "Parties") continue to work towards finalizing a Settlement Agreement of the above entitled action and have exchanged settlement drafts.  This is the Parties' second request for an extension of time to file the Joint Case Management Statement.  The Court granted the Parties' first request on May 6, 2014.  (Dkt. No. 45).  Pursuant to this Court's Standing Order, the Parties request that the Court continue the deadline for an additional thirty (30) days to give the Parties time to complete the necessary settlement procedures and file the Stipulation for Dismissal.  This request for an extension of time of thirty (30) days will not affect the schedule of the case.

Dated:  May 22, 2014      /s/ *Carmen M. Aviles*
DAVID J. MICLEAN
GARY R. GLEASON
CARMEN M. AVILES
MICLEAN GLEASON LLP
Attorneys for Plaintiff
JOSHUA BANKO

Dated:  May 22, 2014      /s/ *Todd K. Boyer*
TODD K. BOYER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
APPLE INC.

1

JOINT STIP. & SECOND REQ. TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED ORDER]          CASE NO. CV13-02977 (VC)

~~[PROPOSED]~~ **ORDER** AS MODIFIED

PURSUANT TO THE PARTIES STIPULATION, IT IS SO ORDERED.

The Parties' request for a thirty (30) day extension of time is granted. The Joint Case Management Statement is now due by June 30, 2014. A case management conference is scheduled for July 11, 2014, at 10:30 a.m.

Dated: May 27, 2014

_____
THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

2

JOINT STIP. & SECOND REQ. TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED ORDER]    CASE NO. CV13-02977 (VC)