1  TODD K. BOYER, Bar No. 203132
   tboyer@littler.com
2  BENJAMIN A. EMMERT, Bar No. 212157
   bemmert@littler.com
3  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
4  San Jose, California 95113.2303
   Telephone: 408.998.4150
5  Facsimile: 408.288.5686

6  Attorneys for Defendant
   APPLE INC.
7
   DAVID J. MICLEAN (SB# 115098)
8  Email: dmiclean@micleangleason.com
   GARY R. GLEASON (SB# 136167)
9  Email: ggleason@micleangleason.com
   ANNE-MARIE D. DAO (SB#282632)
10 Email: adao@micleangleason.com
   MICLEAN GLEASON LLP
11 100 Marine Parkway, Suite 310
   Redwood City, CA 94065
12
   Telephone: 650-684-1181
13 Facsimile: 650-684-1181

14 Attorneys for Plaintiff
   JOSHUA BANKO
15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN FRANCISCO DIVISION
18

19 | JOSHUA BANKO,                | Case No. CV13-02977 (VC)
20 |                              |
   |         Plaintiff,           | **JOINT STIPULATION AND THIRD
21 |                              | REQUEST TO EXTEND TIME TO FILE
   |   v.                         | UPDATED CASE MANAGEMENT
22 |                              | CONFERENCE STATEMENT AND
   | APPLE INC., and DOES 1-50,   | [~~PROPOSED~~] ORDER**
23 |                              |
   |         Defendants.          | [L.R. CIV. 40-1]
24 |                              |

STIPULATION TO EXTEND TIME TO FILE
UPDATED JOINT CASE MANAGEMENT                          (No. CV13-02977 VC)
CONFERENCE STATEMENT

**TO THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE,** as previously reported, Plaintiff Joshua Banko and Defendant Apple Inc. have reached an agreement on a settlement of the above-captioned matter, which will result in the voluntary dismissal of this entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties have executed a written settlement agreement. All settlement procedures are currently expected to be completed by Thursday, July 10, 2014. On the completion of the settlement procedures, the Parties shall file a Stipulation for Dismissal of this action with prejudice.

Pursuant to this Court's Standing Order, the Parties request the Court continue the deadline for the Case Management Conference, currently scheduled for July 8, 2014, to July 29, 2014, and continue the deadline for the Parties to file an updated Joint Case Management Conference statement to July ~~21~~ 22, 2014. This is the third request to continue the Case Management Conference. This Court granted the parties prior two requests. (See Docket Nos. 45 and 47.)

We hereby attest that we have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: July 3, 2014

/s/
DAVID J. MICLEAN
GARY R. GLEASON
ANNE-MARIE D. DAO
MICLEAN GLEASON LLP
Attorneys for Plaintiff
JOSHUA BANKO

Dated: July 3, 2014

/s/
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Defendant
APPLE INC.

Date: July 7, 2014



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION TO EXTEND TIME TO FILE UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT

2.